UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANE VAN ORDEN,<br><br>Plaintiff,<br><br>v.<br><br>FRED LUND, WARREN CONLEY, and EARL S. NIELSEN, Ph.D.,<br><br>Defendants. | CASE NO. 3:10-cv-00358-RCJ-RAM<br><br>**ORDER DISMISSING ACTION IN ITS ENTIRETY WITH PREJUDICE** |

On November 15, 2010, the following Motions came on for hearing before the Honorable Robert C. Jones: (1) Defendant Earl Nielsen's Motion to Dismiss Plaintiff's Complaint with Prejudice; (2) Defendants Fred Lund and Warren Conley's Motion to Quash Service of Process; (3) Defendants Fred Lund and Warren Conley's Motion to Dismiss Plaintiff's Complaint; (4) Plaintiff Diane Van Orden's Motion to Seal; and (5) Plaintiff Diane Van Orden's Motion to Amend/Correct the Complaint.

Josh Cole Aicklen of Lewis, Brisbois, Bisgaard & Smith, LLP, appeared on behalf of Defendant Earl Nielsen. Frank H. Roberts appeared on behalf of Defendants Fred Lund and Warren Conley. There was no appearance by the Plaintiff, Diane Van Orden.

After due consideration of the moving papers, responses and replies, and following the argument of counsel, the Court rules as follows:

-1-

4843-0960-3336.1

1  The Court finds there is no federal subject matter jurisdiction pursuant to 28 U.S.C.
2  §1331, and therefore the matter is dismissed in its entirety with prejudice.
3  IT IS SO ORDERED.

4
5  Dated this 29th day of November, 2010.

    _____
    Honorable Robert C. Jones
    United States District Court Judge

9  Respectfully Submitted by:
10 LEWIS BRISBOIS BISGAARD & SMITH LLP

12 By _____
   Josh Cole Aicklen, Esq.
13 6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
14 PH:   (702) 893-3383
   FAX:  (702) 893-3789
15 Attorneys for Defendant
   EARL S. NIELSEN, PH.D.